UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY BOWMAN MUHAMED,<br><br>Plaintiff,<br><br>v.<br><br>CDCR MEDICAL ECT MENTAL HEALTH, et al.,<br><br>Defendants. | 1:17-cv-00948-BAM (PC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

Plaintiff Jerry Bowman Muhamed, a.k.a. Abdullaah Muhamed Najim Salaam, is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a complaint in this action on May 26, 2017 (ECF No. 1), together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, (ECF No. 2), and a motion requesting the appointment of counsel, (ECF No. 3). Plaintiff initiated his action in the United States District Court for the Southern District of California.

On August 9, 2017, this action was transferred to the United States District Court for the Eastern District of California for lack of venue. (ECF No. 4.) Review of Plaintiff's complaint shows that he alleges lack of medical care and property deprivation where he is currently housed, at High Desert State Prison, and names defendants employed at that institution. Thus, the alleged violations took place in Lassen County, which is part of the Sacramento Division of the United

1

States District Court for the Eastern District of California. Therefore, the complaint should have been filed in the Sacramento Division.

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Thus, this action will be transferred to the Sacramento Division. This court will not rule on Plaintiff's pending request to proceed in forma pauperis or request for the appointment of counsel.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

3. This court has not ruled on Plaintiff's request to proceed in forma pauperis or request for the appointment of counsel.

IT IS SO ORDERED.

Dated: **August 28, 2017**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE